**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 05a0038n.06**
**Filed: January 12, 2005**

**No. 04-3086**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| TOMMY HOWARD, | ) | SOUTHERN DISTRICT OF OHIO |
| | ) | |
| Defendant-Appellant. | ) | |

Before: DAUGHTREY, COOK, and FARRIS,[*] Circuit Judges.

PER CURIAM. Tommy Howard appeals the district court's order denying his motion to suppress evidence. After hearing oral argument and reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's October 7, 2003 Order.

---

[*]The Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit Court of Appeals, sitting by designation.